T. Jeff SHARUM, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. March 10, 1924.) No. 248. In Error to the District Court of the United States for the Southern District of New York. F. J. Groehl, of New York City, for plaintiff in error. William Hayward, U. S. Atty., and Abraham I. Menin, Asst. U. S. Atty., both of New York City. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

SIMMONS TRANSPORTATION COMPANY, Charterer and Bailee of the covered lighter Raymond M. White, Libelant-Appellant, v. WRIGHT & COBB LIGHTERAGE CO., Respondent-Appellee. (Circuit Court of Appeals, Second Circuit. March 3, 1924.) No. 246. Appeal from the District Court of the United States for the Eastern District of New York. Frederick W. Park, of New York City, for appellant. Foley & Martin, of New York City (William J. Martin, and George V. A. McCloskey, both of New York City, of counsel), for appellee. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree (290 Fed. 454) affirmed.

---

UNITED STATES ex rel. Chaya FINFER, Relator-Appellant, v. Henry A. CURRAN, as Commissioner, etc., Respondent-Appellee. (Circuit Court of Appeals, Second Circuit. March 18, 1924.) No. 323. Appeal from the District Court of the United States for the Southern District of New York. Siegel & Corn, of New York City, for appellant. J. C. Thomas, of New York City, for appellee. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed in open court.